UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. CR-07-2090-RHW |
| Plaintiff, | ) |
| | ) ORDER GRANTING DEFENDANT'S |
| vs. | ) MOTION FOR EXPEDITED HEARING |
| | ) |
| | ) ORDER DENYING DEFENDANT'S |
| RAUL REYES AMARO, | ) MOTION TO MODIFY CONDITIONS |
| | ) OF RELEASE, WITHOUT PREJUDICE |
| Defendant. | ) |

**BEFORE THE COURT** is the defendant's Motion for Expedited Hearing (Ct. Rec. 23) and Motion to Modify Conditions of Release (Ct. Rec. 20). For the reasons set forth in the defendant's motion and memorandum (Ct. Rec. 24), **IT IS ORDERED** that the defendant's Motion for Expedited Hearing (**Ct. Rec. 23**) is **GRANTED**.

The defendant's motion for modification of the conditions of release (**Ct. Rec. 20**) is **DENIED**, without prejudice. The defendant may seek review by this court following the chemical dependency assessment.

Prior to the assessment, the defendant shall execute full mutual releases to permit pretrial services to respond to questions from the provider and to make inquiry of the provider of the chemical dependency assessment

**IT IS SO ORDERED**.

DATED this ___12th___ day of October, 2007.

                                    *S/Cynthia* Imbrogno
                                    CYNTHIA IMBROGNO
                                    UNITED STATES MAGISTRATE JUDGE

ORDER REGARDING DEFENDANT's MOTIONS - 1