PROB 12C
(7/93)

Report Date: May 14, 2010

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 21 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raul Reyes Amaro         Case Number: 2:07CR02090-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 11/18/2008

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1); Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) |
| Original Sentence: | Prison - 24 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Gregory M. Shogren |
| Defense Attorney: | Gregory L. Scott |

Type of Supervision: Supervised Release

Date Supervision Commenced: 3/12/2010

Date Supervision Expires: 9/11/2012

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Amaro tested positive for cocaine on April 9, 2010.<br><br>On April 9, 2010, Mr. Amaro submitted a positive drug test for cocaine. This test was confirmed positive from Kroll Speacialists Laboratories, Incorporated. Mr. Amaro was confronted regarding this positive drug test, but he denied drug use. The defendant claimed this positive test was due to over-the-counter Tylenol pain medication he took a day prior. |
| 2 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider. |

Prob12C
**Re: Amaro, Raul Reyes**
May 14, 2010
Page 2

    **Supporting Evidence**: Mr. Amaro failed to attend drug and alcohol group on May 4, 5, and 6, 2010, at Merit Resource Services (Merit).

    According to Mr. Amaro's counselor at Merit, the defendant was a no call/no show for group counseling on May 4, 5, and 6, 2010.

3   **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Amaro failed to submit to a random urine sample at Merit on May 6, and 12, 2010.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  05/14/2010

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✔] The Issuance of a Summons
[ ] Other

*[signature]*
Signature of Judicial Officer

5/14/10
Date